**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 05a0428n.06**
**Filed: May 23, 2005**

**No. 04-5548**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| DEBORAH S. WELLMAN, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | EASTERN DISTRICT OF KENTUCKY |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

Before: KENNEDY and COOK, Circuit Judges; VARLAN,[*] District Judge.

PER CURIAM. Deborah Wellman appeals the district court's order granting summary judgment for the Commissioner of Social Security. After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.

---

[*]The Honorable Thomas A. Varlan, United States District Judge for the Eastern District of Tennessee, sitting by designation.